**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 09-8016**

─────────

FRED LEWIS WILSON,

                Plaintiff – Appellant,

      v.

TRACY RAY, Warden; ASSISTANT WARDEN, ROSP; L. COLLINS,
Sergeant; D. MCCOWAN, Sergeant; TONY ADAMS, I.I.; J.
BLEVINS, Lieutenant,

                Defendants – Appellees.

─────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Glen E. Conrad, District
Judge. (7:09-cv-00418-gec-mfu)

─────────

Submitted:  July 28, 2010      Decided:  August 17, 2010

─────────

Before NIEMEYER, DUNCAN, and KEENAN, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Fred Lewis Wilson, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Lewis Wilson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) inmate civil rights action. We have reviewed the record and find no reversible error. Accordingly, we deny Wilson's motion for injunctive relief pending appeal and affirm for the reasons stated by the district court. <u>Wilson v. Ray</u>, No. 7:09-cv-00418-gec-mfu (W.D. Va. Oct. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>